DANIEL E. GARDENSWARTZ [SBN 169749]
dgardenswartz@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Plaintiff STEVEN HUGHES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. STEVEN HUGHES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CWD, LLC; CWD HOLDINGS, LLC; CWD INTERMEDIATE HOLDINGS CORPORATION; AUDAX GROUP; AUDAX CWD HOLDINGS, LLC; AUDAX PRIVATE EQUITY FUND III, L.P.; APC AUTOMOTIVE TECHNOLOGIES INTERMEDIATE HOLDINGS, LLC; APC AUTOMOTIVE TECHNOLOGIES HOLDINGS, LLC; HARVEST PARTNERS,<br><br>　　　　　Defendants. | Case No. 19-cv-7089-DMG-JEM<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT:

PLEASE TAKE NOTICE that STEVEN HUGHES ("Plaintiff"), and CWD, LLC; ("Defendant") have settled all claims between them in this matter and are in the process of documenting and performing their settlement.

The Parties request the Court vacate the Jury Trial set 1/2/2021 at 8:30 a.m. [Dkt. 48] and all related dates, and Order/Referral to ADR [Dkt. 49] and all related

P:01420196.1:56550.002                                                                 Case No. 19-cv-7089-DMG-JEM

1  dates, and set a settlement disposition conference at least 45 days from the date of
2  this notice.  The Parties anticipate on filing a dismissal with prejudice within 45
3  days.

5  DATED:  December 4, 2020         SOLOMON WARD SEIDENWURM &
6                                                             SMITH, LLP

8                                                             By:   /s/ *Daniel E. Gardenswartz*
9                                                                      DANIEL E. GARDENSWARTZ
10                                                                    Attorneys for Plaintiff Steven Hughes